■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS DORSEY, Appellant. [600 NYS2d 670] —Judgment unanimously affirmed. Memorandum: Defendant was not deprived of a fair trial by prosecutorial misconduct, and the charge on reasonable doubt, when read as a whole, did not dilute the

burden of proof. Defendant failed to preserve for our review his argument that the court erroneously failed to instruct the jury on the issue of identification. (Appeal from Judgment of Onondaga County Court, Burke, J.—Rape, 3rd Degree.) Present—Denman, P. J., Pine, Balio, Boomer and Davis, JJ.